**BOK YEO KIM, aka Kim Yeo Lee, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–75234.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 12, 2012.

Filed March 2, 2012.

David B. Gardner, Law Offices of David B. Gardner, Los Angeles, CA, for Petitioner.

OIL, Manuel Palau, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WALLACE and M. SMITH, Circuit Judges, and RAKOFF, Senior District Judge.*

York, sitting by designation.

MEMORANDUM **

Bok Yeo Kim petitions for review from a decision of the Board of Immigration Appeals (Board) denying her motion to reopen. We have jurisdiction under 8 U.S.C. § 1252, and we deny the petition for review.

Kim's motion was properly considered by the Board as a motion for reconsideration because it sought "to correct alleged errors of fact or law" by introducing a case decided before Kim filed her opening brief. *See Doissaint v. Mukasey,* 538 F.3d 1167, 1170 (9th Cir.2008); *see also* 8 U.S.C. § 1229a(c)(6)(C), (c)(7)(B). Kim conceded at oral argument that if the motion was a motion for reconsideration, it was untimely. *See* 8 U.S.C. § 1229a(c)(6)(B). Because the motion was a motion for reconsideration, it was properly denied as untimely.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.